**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6853**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WESLEY ANTHONY EGERTON, a/k/a Michael A. Jackson,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (CR-93-40-NN, CA-96-9-4)

---

Submitted: May 30, 1997      Decided: June 17, 1997

---

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Wesley Anthony Egerton, Appellant Pro Se. Sherrie Scott Hardwick, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Egerton</u>, Nos. CR-93-40-NN; CA-96-9-4 (E.D. Va. May 6, 1996). Although we grant Appellant's motion to supplement the record on appeal, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    <u>DISMISSED</u>

2